Keith A. HAMMONS, Petitioner,

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 88SC620.

Supreme Court of Colorado,
En Banc.

Jan. 16, 1990.

ORDER OF COURT

.Upon consideration of the Record on Appeal, together with the written arguments of counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari is DENIED as having been improvidently granted.

JANUARY 16, 1990.